UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:  Tina Cantwell-Brooke                )    Case No:    18-35289
                                            )    Chapter 13

## OBJECTION TO CONFIRMATION

**COMES NOW,** Susan H. Call, Counsel for Carl M. Bates the Chapter 13 Trustee, and moves this Court to deny confirmation of the Chapter 13 Plan filed on October 22, 2018, for the cause as follows:

1. The Debtors filed this Chapter 13 Petition on October 22, 2018 under 11 U.S.C. Chapter 13, now pending in the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division.

2. This Objection is filed pursuant to 11 U.S.C. 1325 (b) (1) (B).

3. The above filed Chapter 13 Plan fails to provide that all of the debtor's projected disposable income in the applicable commitment period will be applied to the plan payments, shown by:

    a. Upon evidence and belief, the Debtor's income is understated on Schedule I and Form 22C.

    b. The Trustee requests proof of all income for the six months required to complete 22C income from all sources

    c. The Chapter 13 Trustee would suggest that all disposable income be paid into the Chapter 13 Plan.

WHEREFORE, for the reasons stated herein, the Chapter 13 Trustee, by Counsel, Susan H. Call, respectfully moves the Court to deny confirmation of the Debtors' proposed Chapter 13 Plan as filed with the Court, and for such further and other relief as in the premises may seem just.

Date: December 17, 2018                                /s/Susan H. Call
                                                       Susan H. Call, Counsel for
                                                       Carl M. Bates
                                                       Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

## **Certificate of Service**

I hereby certify that on <u>December 17, 2018</u>, I have mailed or hand-delivered a true copy of the foregoing Objection to Confirmation to the debtor(s), <u>Tina Cantwell-Brooke, 2410 Landing Rd., Providence Forge, VA 23140</u> and electronically sent to debtor's attorney, <u>Mathew Samuel Throop, Esquire, matthew@throoplaw.com</u>.

<u>/s/Susan H. Call</u>
Susan H. Call, Counsel for
Carl M. Bates
Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:   Tina Cantwell-Brooke            )        Case No:    18-35289
                                          )        Chapter 13

Debtor Address    2410 Landing Road
                  Providence Forge, VA 23140

Last four digits of Social Security No(s).:    9407

**NOTICE OF OBJECTION TO CONFIRMATION**

Susan H. Call, Counsel for Carl M. Bates the Chapter 13 Trustee, has filed papers with the Court objecting to confirmation of your Chapter 13 Plan, which was filed in this case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before three (3) days before the date of the hearing, you or your attorney must:

   X     File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street, Suite 4000
    Richmond, VA 23219

You must also mail a copy to:

    Susan H. Call, Counsel for
    Carl M. Bates
    Chapter 13 Trustee
    P.O. Box 1819
    Richmond, VA 23218

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

_____        Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

\_\_X\_\_\_        Attend the hearing on the objection scheduled to be held on **January 2, 2019** at **9:10 am** at United States Bankruptcy Court, **701 East Broad Street, Richmond, VA 23219, Room 5100**.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

Date:    December 17, 2018                              /s/Susan H. Call
                                                        Susan H. Call, Counsel for
                                                        Carl M. Bates
                                                        Chapter 13 Trustee
                                                        P.O. Box 1819
                                                        Richmond, VA 23218-1819
                                                        VSBN 34367


**Certificate of Service**

I hereby certify that on December 17, 2018, I have mailed or hand-delivered a true copy of the foregoing Notice of Objection to Confirmation to the debtor(s), Tina Cantwell-Brooke, 2410 Landing Rd., Providence Forge, VA 23140 and electronically sent to debtor's attorney, Mathew Samuel Throop, Esquire, matthew@throoplaw.com.

                                                        /s/Susan H. Call
                                                        Susan H. Call, Counsel for
                                                        Carl M. Bates
                                                        Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367